**People of the State of Illinois, Plaintiff-Appellee, v. Leon Walls and James Payne, Defendants-Appellants.**

**Gen. No. 51,898.  (Abstract of Decision.)**

First District, Third Division.

November 13, 1969.

Gerald
W. Getty, Public Defender of Cook County, of Chicago (James J. Doherty, Assistant Public Defender, and Patrick T. Murphy, of Chicago, for appellants; Edward V. Hanrahan, State's Attorney of Cook County (Robert Kelty, Special Assistant State's Attorney, and Elmer C. Kissane, Assistant State's Attorney, of counsel), for appellee. Opinion by JUSTICE McNAMARA. **Not to be published in full.**